UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 01-CR-50004 & 06-CR-50067 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | F I L E D |
| JONATHAN GEAR, | ) | JUN 0 5 2008 |
| Defendant- Appellant | ) | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Counsel for Defendant-Appellant, JONATHAN GEAR, moves to supplement the record on appeal and states as follows:

1. The Defendant-Appellant, Jonathan Gear, has appealed the final judgment of conviction and sentence imposed against him by this court on December 13, 2007.

2. Federal Rule of Appellate Procedure 10(a) states that the record on appeal is to contain, "the original papers and exhibits filed in the district court."

3. One of the potential issues that counsel will raise in his brief before the Seventh Circuit is whether Mr. Gear's sentence is reasonable in light of his substantial assistance to the government.

4. At Mr. Gear's sentencing hearing, Mr. Gear introduced a packet of letters and certificates. The letters indicated, *inter alia*, that, because of Mr. Gear's substantial assistance, his family had suffered threats and violence. This information is relevant under U.S.S.G. § 5K1.1, and, therefore, it is relevant with respect to the reasonableness of Mr. Gear's sentence. However, these letters were not retained by the court or made part of the record on appeal.

1

5. Undersigned counsel was able to obtain a copy of these letters from Mr. Gear's trial counsel. A copy of the letters is attached to this motion.

6. Counsel wishes to supplement the record on appeal so that these letters will be available for review by the Court of Appeals.

7. Counsel talked to Assistant United States Attorney Mark T. Karner on the telephone, and Mr. Karner stated that the government does not oppose this motion.

Therefore, counsel for Defendant-Appellant Jonathan Gear respectfully requests that this court issue an order directing the clerk to supplement the record on appeal with the attached letters, which were introduced at Mr. Gear's sentencing hearing.

Dated: June 2, 2008

                        JONATHAN GEAR,
                        Defendant-Appellant

                        RICHARD H. PARSONS
                        Chief Federal Public Defender

                        BY: _____
                        DANIEL T. COOK
                        Staff Attorney
                        Office of the Federal Public Defender
                        600 East Adams St., 2nd Floor
                        Springfield, Illinois 62701
                        Phone: (217) 492-5070
                        COUNSEL FOR DEFENDANT

To whom it may concern,

Since John Gear has been in Jail, my house has been broken into. I fear for my life and the safety of my son's. I know in the past we have had hard times. we both have grown up and became responsable Parents. John Gear is a very good father. I want nothing more but for him to come home and be a responsable, good Parent, and I know he will if he gets a chance. Since all this has happend my son was put in theropy. He really need his father. This has taken a tole on my son and I. I hope you give him the opportunity to come home to his son and be the best father he can be. I really feel that he could come home and be the best father and fiance he can be.

Sincerly,
megan Scott

Mr. Judge Reinhart

My name is Hormie Young and my son is John Gear. There are a few things that I would like to say about my son John Gear.

First he is a father to Ethan Gear his son. and he is a great father and loves his son. John grew up without a father and John don't want his son too either. John works with Ethan and teaches him things about life and how to be good to others. He shows him how to do things Read, write, laugh, play etc. just like a father does. He has told his son he got in trouble & why. Thats the hardest thing I ever saw him do. But he don't want anyone to tell him but him.

And my son is wrong but John is smart and has a loving caring heart. Would give his life

he had too. for me or Ethan or his girlfriend

Yes John gave information and knows I see that he got 4 more points and who care's!

b) Because first my home was broken into twice and after that there's been people watching me. And phone calls. But they seem to put $167 before there call. Yes John wanted to give that information to come home and get the right plea. But now my life his life Ethan his girlfriends are at stake here. John goes he may not live to tell the story. or we could die! and his girlfriends house was broken into and people watch her and Ethan. We get to the bus stop so know one will get Ethan. This how our lifes are. and the other people get us! After my son gave what the law enforcement wanted But no one care's after

They got there information!!
I know he has done wrong but John knew something would happen but Not like this. He thought that if in his heart he came clean and trying to start over and be a good loving careing person. and is a loveing father to Ethan which he could come and start new life and not go back to that. I know my Son has cheneged Be cause he wanted to never in a million years put us in danger!!! Johns is not like that. to hurt his family help and come home and start Right.
 and I would really like to know if John could go to Oxford Wis. Because I am scared to go far and don't have alot o money to travel But I got to take Ethan and Megan with me to see him. I know sooner or later these people will hurt us. Because if they have broke in my house & Megan

if they really find out and you know they will because they watch my house! John is a good person and I love him. Please don't let anyone take the only person I have left.

Thank you Judge Reinhart for reading my letter.

✷ I just would like to know why if you help the system then the system don't help back! There is something wrong there, then the families are the only ones that get hurt and the system get what they wanted and forget about that person!! Life goes on for them!

Thank You
Hefin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 01-CR-50004 & 06-CR-50067 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | FILED |
| JONATHAN GEAR, | ) | JUN 0 5 2008 |
| Defendant- Appellant | ) | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

## NOTICE OF FILING AND PROOF OF SERVICE

TO: Ms. Julia Mitchell, Deputy in Charge, Clerk's Office, United States Courthouse, 211 South 211 South Court Street, Rockford, Illinois 61101

Mr. John G. McKenzie, Office of the U.S. Attorney, 308 W. State Street, Rockford, IL 61101

Mr. Jonathan Gear, Reg. No. 1277-424, USP Terre Haute, P.O. Box 33, Terre Haute, IN 47808

PLEASE TAKE NOTICE that on June 2, 2008, the undersigned attorney filed the original and one copy of Defendant-Appellant's Motion to Supplement the Record on Appeal with the Clerk of the United States District Court for the Northern District of Illinois and served a copy thereof upon all counsel of record by enclosing said instruments in envelopes addressed as indicated above with postage prepaid, and by depositing said envelopes with the United States Postal Service in Springfield, Illinois, on June 2, 2008.

RICHARD H. PARSONS,
Chief Federal Public Defender

BY: _____
DANIEL T. COOK
Staff Attorney
Office of the Federal Public Defender
600 East Adams St., 2nd Floor
Springfield, Illinois 62701
Phone: (217) 492-5070
COUNSEL FOR DEFENDANT