# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 8, 2009

To: Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
211 S. Court Street
Rockford, IL 61101-0000

FILED
SEP 0 8 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 07-4038 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JONATHAN GEAR,<br>Defendant - Appellant |
|---|---|

| No.: 07-4039 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JONATHAN GEAR,<br>Defendant - Appellant |
|---|---|

Originating Case Information:

| |
|---|
| District Court No: 3:01-cr-50004-2 <br> Northern District of Illinois, Western Division <br> District Judge Philip G. Reinhard |
| **Originating Case Information:** |
| District Court No: 3:06-cr-50067-1 <br> Northern District of Illinois, Western Division |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:   Entire record returned consisting of

Pleadings:      2

Transcripts:    12

Sealed Envelopes:   7

This notice sent to:

[ ]   United States Marshal          [ ]   United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

August 17, 2009

BEFORE:   FRANK H. EASTERBROOK, Chief Judge
RICHARD A. POSNER, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge

FILED
SEP 08 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Nos.: 07-4038 & 07-4039 | UNITED STATES OF AMERICA, Plaintiff - Appellee v. JONATHAN GEAR, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 3:01-cr-50004-2 and 3:06-cr-50067-1
Northern District of Illinois, Western Division
District Judge Philip G. Reinhard

Gear's sentence is **VACATED**, and the case is **REMANDED** for resentencing consistent with the opinion in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment (form ID: 132)