UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   06 CR 50067 |
| vs. | ) | 01 CR 50004-2 |
| | ) | |
| | ) | Hon. Philip G. Reinhard |
| JONATHAN GEAR, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

To:   Mr. Mark Karner
      Assistant United States Attorney
      308 W. State St. Ste. 300
      Rockford, IL 61101

   PLEASE BE ADVISED that on the 5th day of November, 2009, I caused to be filed the attached NOTICE OF APPEAL with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, at 211 S. Court St., Rockford, Illinois in the above-referenced cases. Copies of said pleadings are attached hereto and are herewith served upon you.

                            JONATHAN GEAR

                       BY:   _____/s_____
                             Mark A. Byrd
                             Attorney for Defendant

Byrd & Taylor
Attorneys at Law
308 W. State St. Ste. 450
Rockford, IL 61101
(815) 964-5492

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   06 CR 50067 |
| vs. | ) | 01 CR 50004-2 |
| | ) | |
| | ) | Hon. Philip G. Reinhard |
| JONATHAN GEAR, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant, JONATHAN GEAR, Appeals from the Judgment of Conviction and Sentence entered in this cause on October 26, 2009 and docketed on October 29, 2009 in Case No. 06 CR 50067, and Case No. 01 CR 50004-2, to the United States Court of Appeals for the Seventh Circuit.

JONATHAN GEAR

BY:   /s
Mark A. Byrd
Attorney for Defendant

BYRD & TAYLOR, ATTORNEYS AT LAW
308 W. State St. Ste. 450
Rockford, IL 61101
(815) 964-5492

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

DEFENDANT JONATHAN GEAR'S NOTICE OF APPEAL

was served pursuant to the district court's ECF system as to ECF filers on November 5, 2009.

_____/s_____

Mark A. Byrd