No. 09-

# IN THE
# UNITED STATES COURT OF APPEALS FOR THE
# SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | Case Nos.   06 CR 50067 |
| | ) |                   01 CR 50004-2 |
| v. | ) | |
| | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| | ) | District of Illinois, Western |
| JONATHAN GEAR | ) | Division. |
| | ) | |
| | ) | Hon. Philip G. Reinhard |
| Defendant/Appellant. | ) | Judge Presiding |

## CIRCUIT RULE 3(C) DOCKETING STATEMENT

If Any Party Is A Corporation Or
Association, Identify Any Affiliate,
Subsidiary, Or Parent Group: _____N/A_____

Counsel On Appeal
For Appellants

Name:      Mark A. Byrd,   Byrd & Taylor Attorneys at Law

Address:   308 W. State St., Suite 450, Rockford, IL  61101

Telephone: (815)964-5492

Trial Counsel,
If Different

Name:      Same as above

Address:

Telephone:

<u>Counsel on Appeal</u>
<u>for Appellee</u>

Name: Assistant United States Attorney Mark T. Karner
Address: 308 W. State St. Ste. 300
Rockford, IL 61101
Telephone: (815) 987-4444

<u>Trial Counsel,</u>
<u>If Different</u>

Name: Same as above

Address:

Telephone:

<u>Court Reporters</u>

Name: Mary Lindbloom

Address: 211 S. Court St. Rockford, IL 61101

Telephone: 987-4355

Approximate Duration of
Trial Court Proceedings
To be Transcribed _____1 hour_____

<u>Nature of Case:</u>

Order (final or interlocutory) __X__
Administrative Review _____
Contract _____
Estates _____
Personal Injury _____
Tort _____
Domestic Relations _____
Is Child Custody
or Support Involved ? _____
Products Liability _____
Forcible Detainer _____
Other _____

NATURE OF CASE

This case presents the appeal of the Judgment of Conviction and Sentence of the United States District Court for the Northern District of Illinois, Western Division in Case No. 06 CR 50067, and the Judgment that Defendant violated the terms of his Mandatory Supervised Release and Sentence in Case No. 01 CR 50004-2. The Judgment of the District Court was entered and docketed by the District Court Clerk in Case No. 06 CR 50067 and 01 CR 50004-2 on October 29, 2009. Defendant timely filed his Notice of Appeal on November 5, 2009, and the same was docketed on November 5, 2009.

STATEMENT OF ISSUES

(1)     Whether the District Court's sentence on remand was erroneous.

Date: November 5, 2009

                                          Respectfully Submitted,

                                          JONATHAN GEAR

BY:     \_\_\_\_\_/s_____
        Mark A. Byrd
        Attorney for Defendant/Appellant

BYRD & TAYLOR, ATTORNEYS AT LAW
308 W. State Street, Suite 450
Stewart Square
Rockford, IL 61101
(815)964-5492

## CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

CIRCUIT RULE 3( C) DOCKETING STATEMENT

was served pursuant to the district court's ECF system as to ECF filers on November 5, 2009.

_____/s_____
Mark A. Byrd