```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       WESTERN DIVISION

 3   UNITED STATES OF AMERICA,  )   Docket No. 06 CR 50067
                                )              01 CR 50004
 4                              )
                    Plaintiff,  )   Rockford, Illinois
 5                              )   Thursday, September 10, 2009
              v.                )   9:00 o'clock a.m
 6                              )
     JONATHAN GEAR,             )
 7                              )
                    Defendant.  )
 8
                     TRANSCRIPT OF PROCEEDINGS
 9            BEFORE THE HONORABLE PHILIP G. REINHARD

10   APPEARANCES:

11   For the Government:       HON. PATRICK J. FITZGERALD
                               United States Attorney
12                             (308 West State Street,
                                Rockford, IL  61101) by
13                             MR. BRENDAN A. MAHER
                               Assistant U.S. Attorney
14
     For the Defendant:        BYRD & TAYLOR
15                             (308 West State Street,
                                Suite 450,
16                              Rockford, IL  61101) by
                               MR. MARK A. BYRD
17
     Court Reporter:           Mary T. Lindbloom
18                             211 South Court Street
                               Rockford, Illinois  61101
19                             (815) 987-4486

20

21

22

23

24

25
```

1  THE CLERK: 01 CR 50004-2 and 06 CR 50067, U.S.A. v.
2  Jonathan Gear.
3  MR. BYRD: Good morning, your Honor. For the record,
4  Mark Byrd on behalf of the defendant.
5  THE COURT: Good morning. Is there somebody from the
6  U.S. Attorney's Office here?
7  MR. BYRD: Your Honor, my understanding is it was
8  Mr. Karner's case. I haven't seen him this morning. If you
9  want to pass it.
10  THE COURT: Well, I appreciate the fact that you're
11  here. As you know, I'm probably just going to set a date.
12  Would you get ahold of him?
13  MR. BYRD: Mr. Karner?
14  THE COURT: Yes.
15  MR. BYRD: I'd be happy to, Judge.
16  THE COURT: The defendant's still in prison.
17  MR. BYRD: Yes, he hasn't been transferred yet. I
18  spoke to him last week. I know that he'll want to file some
19  additional submissions with the court, let you know how he's
20  been doing since he's been --
21  THE COURT: Well, that's what I want to cover. Would
22  you give -- maybe you'll see Mr. Maher out there, and he'll get
23  ahold of his colleague. I want to handle this this morning.
24  MR. BYRD: That's fine. Do you want to pass it?
25  THE COURT: I'll pass it for a minute.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | MR. BYRD: I'll see if I can locate him |
| 2 | THE COURT: I'll interrupt the rest of my schedule for |
| 3 | that. |
| 4 | MR. BYRD: All right. Thank you, Judge. |
| 5 | (Other matters were heard on the call, after which the |
| 6 | following further proceedings were had:) |
| 7 | THE CLERK: 01 CR 50004-2 and 06 CR 50067, U.S.A. v. |
| 8 | Jonathan Gear. |
| 9 | MR. MAHER: Good morning, your Honor. Brendan Maher |
| 10 | standing in for Mark Karner on behalf of the United States. |
| 11 | MR. BYRD: Good morning, your Honor. Mark Byrd on |
| 12 | behalf of the defendant. |
| 13 | THE COURT: The purpose here is to have him brought |
| 14 | back for a resentencing date, and have you at all talked about |
| 15 | that or thought about it, I presume? |
| 16 | MR. BYRD: Yes, Judge. I've spoken with Mr. Gear. I |
| 17 | assume the court's going to order an addendum to the presentence |
| 18 | report, and then we'll have an opportunity to submit any |
| 19 | additional materials in support of Mr. Gear. |
| 20 | THE COURT: We'll update it, and I think -- is the |
| 21 | probation officer here? |
| 22 | MR. BYRD: I believe so. |
| 23 | THE COURT: I would suppose you would update the |
| 24 | guideline calculations. I don't know if there's anything else |
| 25 | that you believe ought to be updated. |

PDF created with pdfFactory trial version www.pdffactory.com

1  MR. BYRD: Judge, other than the change in the
2  guidelines as a consequence of the Begay case and some
3  additional materials to show the court how Mr. Gear has been
4  doing since he's been incarcerated, I can't think of anything
5  else.
6  THE COURT: You can request a -- they have a prison
7  special report. I forgot the name of it.
8  MS. POWELL: Okay.
9  THE COURT: But we can get that. If you want to submit
10 anything else, you can do it. How long do you think you need?
11 MS. POWELL: In order to get those prison documents, I
12 think I would need at least a few weeks, your Honor. So, I
13 would say 30 to 60 days.
14 THE COURT: I'll give you 30 days. Then that would
15 lead us into where? About the 10th of October. I'm going to be
16 gone quite a bit in October. The problem is I'm going to be
17 here the 8th and the 9th, but that's within this 30-day
18 framework. Then I'm leaving for quite some time, and about the
19 only date that I've got is the 26th of October. And are you
20 available then?
21 MR. BYRD: I am, your Honor. I'm scheduled for a jury
22 trial, but I don't anticipate that it's going to start on
23 Monday.
24 THE COURT: All right. I see that I may be back the
25 23rd of October, which is a Friday.

PDF created with pdfFactory trial version www.pdffactory.com

1    MR. BYRD: Either date's fine with me, Judge.
2    THE COURT: Well, let's do it the 26th. That will give
3    me a little time to look at it. We'll have a hearing on a
4    resentencing on the 26th. Therefore, if her report is due
5    30 days from now, I'll give you seven days to file whatever you
6    want to file, a sentencing memorandum, and the government gets
7    three days after that, so that we'll be all ready to go on the
8    26th.
9    MR. MAHER: What was the time for that?
10   THE COURT: 10:00 o'clock.
11   MR. BYRD: So, the presentence addendum will be due the
12   10th, anything I'm submitting the 17th, and the government's
13   response the 20th.
14   THE COURT: Yes.
15   MR. BYRD: Okay. Thank you.
16   MR. MAHER: Thank you, your Honor.
17   THE COURT: An order should be entered that -- part of
18   it that the U.S. Marshal is to have him brought back, let's say,
19   by the 20th. That gives you enough time to talk to him
20   MR. BYRD: September 20th?
21   THE COURT: No. October 20th.
22   MR. BYRD: The only concern, Judge, is that I
23   understand he is bringing the materials that I would be
24   submitting with him when he comes back.
25   THE COURT: Well, have him forward them

PDF created with pdfFactory trial version www.pdffactory.com

```
1        MR. BYRD:  All right.
2        THE COURT:  You can talk to the -- the U.S. Attorney
3   talk to the Marshal, but I want him back at least by the 20th of
4   October.  If they want to bring him back sooner, that's all
5   right, too.
6        MR. MAHER:  Okay.  I'll discuss that with Mark.
7        THE COURT:  Okay.  Anything else?
8        MR. BYRD:  No, your Honor.  Thank you.
9        MR. MAHER:  No, your Honor.  Thank you.
10    (Which were all the proceedings had in the above-entitled
11     cause on the day and date aforesaid.)
12    I certify that the foregoing is a correct transcript from
13  the record of proceedings in the above-entitled matter.
14
15   _____
16   Mary T. Lindbloom
     Official Court Reporter
17
```

PDF created with pdfFactory trial version www.pdffactory.com