UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 06 CR 50067 |
| | ) | 01 CR 50004-2 |
| | ) | Judge Philip G. Reinhard |
| JONATHAN GEAR | ) | |

### UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

THE UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, responds to Defendant's Sentencing Memorandum by requesting the court to impose a sentence that is within the applicable Sentencing Guidelines range as calculated by the Presentence Investigation Report.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

BY: \S Mark Karner
    MARK T. KARNER
    Assistant United States Attorney
    308 West State Street - Suite 300
    Rockford, Illinois 61101
    (815) 987-4444

1

## CERTIFICATE OF FILING AND SERVICE

    I, MARK T. KARNER, certify that on November 30, 2011, I caused the foregoing pleading: to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division.

\S
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444